Jennifer L. Loda (CA Bar No. 284889)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612-1810
Phone: (510) 844-7136
Fax: (510) 844-7150
jloda@biologicaldiversity.org

Brian Segee (CA Bar No. 200795)
Center for Biological Diversity
660 S. Figueroa St., Ste. 1000
Los Angeles, CA 90017
Phone: (805) 750-8852
bsegee@biologicaldiversity.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**; **ENVIRONMENTAL PROTECTION INFORMATION CENTER**; <br><br>                Plaintiffs, <br><br>           v. <br><br> **RYAN ZINKE,** in his official capacity as Secretary of the United States Department of the Interior; **U.S. FISH AND WILDLIFE SERVICE**; <br><br>                Defendants. | Case No. 3:18-cv-07211-WHA <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted and dated this 30th day of November, 2018.

/s/ Jennifer L. Loda_____
Jennifer L. Loda (CA Bar No. 284889)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612-1810
Phone: (510) 844-7136
Fax: (510) 844-7150
jloda@biologicaldiversity.org

Brian Segee (CA Bar No. 200795)
Center for Biological Diversity
660 S. Figueroa St., Ste. 1000
Los Angeles, CA 90017
Phone: (805) 750-8852
bsegee@biologicaldiversity.org

Attorneys for Plaintiffs