Jennifer L. Loda (CA Bar No. 284889)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612-1810
Phone: (510) 844-7136
Fax: (510) 844-7150
jloda@biologicaldiversity.org

Brian Segee (CA Bar No. 200795)
Center for Biological Diversity
660 S. Figueroa St., Ste. 1000
Los Angeles, CA 90017
Phone: (805) 750-8852
bsegee@biologicaldiversity.org

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**; **ENVIRONMENTAL PROTECTION INFORMATION CENTER**; | ) ) ) ) |
| | Case No. 3:18-cv-07211-WHA |
| Plaintiffs, | AFFIDAVIT OF SERVICE |
| v. | |
| **RYAN ZINKE,** in his official capacity as Secretary of the United States Department of the Interior; **U.S. FISH AND WILDLIFE SERVICE**; | |
| Defendants. | |

I hereby certify that service for the above captioned case took place as described below, which included true and correct copies of each of the following documents:

    Complaint
    Summons
    Civil Cover Sheet
    Certificate of Interested Entities or Persons
    Clerk's Notice Setting Case Management Conference
    Standing Order for All Judges of the Northern District of California
    Judge Alsup's Guidelines For Trial And Final Pretrial Conference in Civil Bench Cases
    Judge Alsup's Supplemental Order to Order Setting Initial CMC in Civil Cases
    Filing Procedures

ECF Registration Information
Notice of Availability of Magistrate Judge

On December 4, 2018, the documents listed above were sent by certified mail, return receipt requested, to the following parties:

United States Fish and Wildlife Service
United States Department of Interior
1849 C Street, NW
Washington, DC 20240

Ryan Zinke, Secretary
United States Department of Interior
1849 C Street, NW
Washington, DC 20240

U.S. Attorney
Federal Courthouse
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102733

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

The U.S. Attorney received the documents on December 6, 2018. U.S. Fish and Wildlife Service and Department of Interior Secretary Ryan Zinke received the documents on December 7, 2018. The Attorney General received the documents on December 10, 2018.

Receipts and delivery confirmation verifying this information are attached hereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on December 21, 2018.

Dated:  December 21, 2018                /s/ Jennifer L. Loda
                                         Jennifer L. Loda
                                         Center for Biological Diversity
                                         1212 Broadway, Suite 800
                                         Oakland, CA 94612-1810

Affidavit of Service                                                                2

# EXHIBIT A

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20240    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| $ | $2.75 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)    $ $0.00
- ☐ Return Receipt (electronic)  $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required     $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage  $6.70

Total Postage and Fees  $12.90

Postmark Here: DEC 4, OAKLAND CA 94612, 0005

12/04/2018

Sent To: U.S. Fish and Wildlife Service
Street and Apt. No., or PO Box No.: 1849 C Street, NW
City, State, ZIP+4®: Washington, DC 20240-1000

7018 0360 0000 6764 0444

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

9590 9402 3605 7305 4008 16

2. Article Number (Transfer from service label)
7018 0360 0000 6764 0444

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  CCU
☐ Agent
☐ Addressee

B. Received by (Printed Name): CCU
C. Date of Delivery: 12-7-20(18)

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Mail
- ☐ Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70180360000067640444                                              Remove ✕

**Expected Delivery by**

**FRIDAY**
**7** DECEMBER 2018 ⓘ | by **8:00pm** ⓘ

## ✓ Delivered

December 7, 2018 at 11:17 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20422

Get Updates ⌄



---

### Text & Email Updates ⌄

---

### Tracking History ⌃

**December 7, 2018, 11:17 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20422
Your item was delivered to the front desk, reception area, or mail room at 11:17 am on December 7, 2018 in WASHINGTON, DC 20422.

**December 7, 2018, 9:49 am**
Arrived at Unit
WASHINGTON, DC 20018

**December 6, 2018, 4:52 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 6, 2018, 3:54 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 5, 2018**
In Transit to Next Facility

**December 4, 2018, 10:55 pm**
Arrived at USPS Regional Origin Facility
OAKLAND CA DISTRIBUTION CENTER

**December 4, 2018, 5:53 pm**
Departed Post Office
OAKLAND, CA 94612

Feedback

**December 4, 2018, 3:42 pm**
USPS in possession of item
OAKLAND, CA 94612

**Product Information**  ⌄

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**



# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package  +

Tracking Number: 70180360000067640468                    Remove ✕

On Time

Expected Delivery on

**FRIDAY**
**7** DECEMBER 2018 ⓘ

by
**8:00pm** ⓘ

Feedback

⊘ **Delivered**

December 7, 2018 at 11:17 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20422

Get Updates ⌄

Text & Email Updates                                     ⌄

Tracking History                                         ⌃

December 7, 2018, 11:17 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20422
Your item was delivered to the front desk, reception area, or mail room at 11:17 am on December 7, 2018 in WASHINGTON, DC 20422.

December 7, 2018, 9:01 am
Arrived at Unit
WASHINGTON, DC 20018

**December 6, 2018, 4:52 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 6, 2018, 3:54 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 5, 2018**
In Transit to Next Facility

**December 4, 2018, 10:57 pm**
Arrived at USPS Regional Origin Facility
OAKLAND CA DISTRIBUTION CENTER

**December 4, 2018, 5:53 pm**
Departed Post Office
OAKLAND, CA 94612

Feedback

**December 4, 2018, 3:42 pm**
USPS in possession of item
OAKLAND, CA 94612

**Product Information**  ⌄

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

SAN FRANCISCO, CA 94102

Certified Mail Fee $3.45
$2.75

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $6.70

Total Postage and Fees $12.90

Sent To U.S. Attorney, Federal Courthouse
Street and Apt. No., or PO Box No. 450 Golden Gate Ave.
City, State, ZIP+4® San Francisco, CA 94102-3661

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 0360 0000 6764 0437

Postmark Here 12/04/2018

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney
Federal Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102-3661

9590 9402 3605 7305 4008 23

2. Article Number (Transfer from service label)
7018 0360 0000 6764 0437

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: 70180360000067640437

Remove ✕

On Time

Expected Delivery on

**THURSDAY**
**6** DECEMBER 2018 ⓘ

by
**8:00pm** ⓘ

Feedback

## ✓ Delivered

December 6, 2018 at 3:19 pm
Delivered, Front Desk/Reception/Mail Room
SAN FRANCISCO, CA 94102

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

December 6, 2018, 3:19 pm
Delivered, Front Desk/Reception/Mail Room
SAN FRANCISCO, CA 94102
Your item was delivered to the front desk, reception area, or mail room at 3:19 pm on December 6, 2018 in SAN FRANCISCO, CA 94102.

December 6, 2018, 11:26 am
Out for Delivery
SAN FRANCISCO, CA 94102

December 6, 2018, 11:16 am
Sorting Complete
SAN FRANCISCO, CA 94102

December 5, 2018, 6:53 am
Arrived at Hub
SAN FRANCISCO, CA 94124

December 5, 2018, 4:21 am
Departed USPS Regional Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

December 5, 2018, 1:48 am
Arrived at USPS Regional Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

December 5, 2018, 1:15 am
Departed USPS Regional Facility
OAKLAND CA DISTRIBUTION CENTER

December 4, 2018, 10:54 pm
Arrived at USPS Regional Origin Facility
OAKLAND CA DISTRIBUTION CENTER

December 4, 2018, 5:53 pm
Departed Post Office
OAKLAND, CA 94612

December 4, 2018, 3:42 pm
USPS in possession of item
OAKLAND, CA 94612

Product Information

See Less

Feedback

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20530

Certified Mail Fee $3.45

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $_____
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage $6.70

Total Postage and Fees $12.90

Sent To: Attorney General, U.S. Dept. of Justice
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4®: Washington, DC 20530-0009

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 0360 0000 6764 0451

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General
   U.S. Dept. of Justice
   950 Pennsylvania Ave, NW
   Washington, DC 20530

9590 9402 3605 7305 4008 47

2. Article Number (Transfer from service label)

   7018 0360 0000 6764 0451

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

**Track Another Package +**

Remove X

**Tracking Number:** 70180360000067640451

Your item was delivered at 4:54 am on December 10, 2018 in WASHINGTON, DC 20530.

## ⊘ Delivered

December 10, 2018 at 4:54 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**December 10, 2018, 4:54 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:54 am on December 10, 2018 in WASHINGTON, DC 20530.

**December 7, 2018, 1:08 pm**
Available for Pickup
WASHINGTON, DC 20530

**December 7, 2018**
In Transit to Next Facility

**December 7, 2018, 12:13 pm**
Arrived at Unit

Feedback

WASHINGTON, DC 20018

**December 6, 2018, 4:52 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 6, 2018, 3:55 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 5, 2018, 12:29 am**
Departed USPS Regional Origin Facility
OAKLAND CA DISTRIBUTION CENTER

**December 4, 2018, 10:53 pm**
Arrived at USPS Regional Origin Facility
OAKLAND CA DISTRIBUTION CENTER

Feedback

**December 4, 2018, 5:53 pm**
Departed Post Office
OAKLAND, CA 94612

**December 4, 2018, 3:42 pm**
USPS in possession of item
OAKLAND, CA 94612

**Product Information**   ⌄

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.