JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
DAVIS A. BACKER, Trial Attorney (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 514-5243
Fax: (202) 305-0275
E-mail: davis.backer@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) No. 3:18-cv-07211-WHA ) |
| Plaintiffs, | ) NOTICE OF APPEARANCE ) ) |
| v. | ) ) |
| DAVID BERNHARDT, in his official capacity as Secretary of the United States Department of the Interior, et al., | ) ) ) ) |
| Defendants. | ) ) |

     Please take notice that Davis A. Backer of the United States Department of Justice enters his appearance as co-counsel for Defendants David Bernhardt, in his official capacity as Secretary of the United States Department of the Interior; and the United States Fish and Wildlife Service in the above-captioned matter. Contact information for Mr. Backer is as follows:

Mailing Address:

    Davis Backer
    United States Department of Justice
    Environment & Natural Resources Division
    Wildlife & Marine Resources Section
    P.O. Box 7611
    Ben Franklin Station
    Washington D.C. 20044-7611

Overnight Delivery / Street Address:

    Davis Backer
    United States Department of Justice
    Environment & Natural Resources Division
    Wildlife & Marine Resources Section
    4 Constitution Square
    150 M Street NE, Room 3.412
    Washington DC 20002

Telephone / Facsimile:

    Tel: (202) 514-5243
    Fax: (202) 305-0275

Email:

    Davis.backer@usdoj.gov

Dated: June 24, 2019                Respectfully submitted,

                                        JEAN E. WILLIAMS, Deputy Assistant Attorney General
                                        SETH M. BARSKY, Section Chief
                                        MEREDITH L. FLAX, Assistant Section Chief

                                        */s/ Davis A. Backer*
                                        DAVIS A. BACKER
                                        Trial Attorney (CO Bar No. 53502)
                                        United States Department of Justice
                                        Environment & Natural Resources Division
                                        Wildlife & Marine Resources Section
                                        Ben Franklin Station
                                        P.O. Box 7611
                                        Washington, DC 20044-7611
                                        Tel: (202) 514-5243

Fax: (202) 305-0275
E-mail: davis.backer@usdoj.gov

Of Counsel:

LUKE MILLER
United States Department of the Interior
Office of the Solicitor
Pacific Southwest Regional Office

*Attorneys for Defendants*